JEREMIAH L. HALEY, appellant,

*v.*

FANNIE GOODHEART et al., respondents.

[Argued March 14th, 1901.   Decided June 17th, 1901.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Stevens, whose opinion is reported in *58 N. J. Eq. (13 Dick.) 368.*

*Mr. Richard V. Lindabury,* for the appellant.

*Mr. Charles L. Corbin,* for the respondents.

Affirmed June 17th, 1901.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, GARRISON, GUMMERE, GARRETSON, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—11.

*For reversal*—None.

NOTE.—Decision omitted from its proper place.—REP.